# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Kalshiex LLC

v.

Commodity Futures Trading Commission

**Case No:** 24-5205

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Kalshiex LLC

### Counsel Information

Lead Counsel:

Direct Phone: (___) _____ Fax: (___) _____-_____ Email:

2nd Counsel:

Direct Phone: (___) _____ Fax: (___) _____-_____ Email:

3rd Counsel: John Henry Thompson

Direct Phone: (202) 879-3657 Fax: (___) _____-_____ Email: jhthompson@jonesday.com

Firm Name: Jones Day

Firm Address: 51 Louisiana Avenue, N.W. Washington, D.C. 20001

Firm Phone: (202) 879-3939 Fax: (202) 626-1700 Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)