# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5205**　　　　　　　　　　　　　　　　　**September Term, 2024**

**1:23-cv-03257-JMC**

**Filed On: September 12, 2024**

Kalshiex LLC,

      Appellee

  v.

Commodity Futures Trading Commission,

      Appellant

**BEFORE:**　Millett, Pillard, and Pan, Circuit Judges

### O R D E R

Upon consideration of the emergency motion for stay pending appeal and immediate interim relief, it is

**ORDERED** that the district court's September 6, 2024 order be administratively stayed pending further order of the court. The purpose of this administrative stay is to give the court sufficient opportunity to consider the emergency motion for stay pending appeal and should not be construed in any way as a ruling on the merits of that motion. See D.C. Circuit Handbook of Practice and Internal Procedures 33 (2021). It is

**FURTHER ORDERED** that appellee file a response to the emergency motion by 6:00 p.m. on Friday, September 13, 2024. Any reply is due by 6:00 p.m. on Saturday, September 14, 2024.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:　/s/
　　　Laura M. Morgan
　　　Deputy Clerk