| | |
|---|---|
| **No. 24-5205** | **September Term, 2024** |
| | 1:23-cv-03257-JMC |
| | **Filed On:** September 16, 2024 |

Kalshiex LLC,

    Appellee

    v.

Commodity Futures Trading Commission,

    Appellant

# O R D E R

It is **ORDERED**, on the court's own motion, that this case be scheduled for oral argument on September 19, 2024, at 2:00 p.m. before Circuit Judges Millett, Pillard, and Pan. It is

**FURTHER ORDERED** that the following times be allotted for oral argument:

    Appellant   -   15 Minutes

    Appellee   -   15 Minutes

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by September 16, 2024.

**Per Curiam**

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

            BY:    /s/
                    Michael C. McGrail
                    Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court of the Attorney Intending to Present Argument (Form 72)