# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 24-5205                      September Term, 2024

1:23-cv-03257-JMC

**Filed On:** October 2, 2024

KalshiEX LLC,

     Appellee

     v.

Commodity Futures Trading Commission,

     Appellant

**BEFORE:** Millett, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for stay pending appeal and immediate interim relief, the response thereto, and the reply, and argument by counsel, and this court's September 12, 2024 order entering an administrative stay, it is

**ORDERED** that the administrative stay be dissolved. It is

**FURTHER ORDERED** that the motion for stay be denied without prejudice to renewal should substantiating evidence of irreparable harm arise, in accordance with the opinion issued herein this date.

### Per Curiam

FOR THE COURT:
Mark J. Langer, Clerk

BY:   /s/
       Daniel J. Reidy
       Deputy Clerk