# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 24-5205** | **September Term, 2024** |
| | 1:23-cv-03257-JMC |
| | **Filed On:** October 3, 2024 |

KalshiEX LLC,

      Appellee

      v.

Commodity Futures Trading Commission,

      Appellant

**BEFORE:** Millett, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite the case, it is

**ORDERED** that appellee file a response to the motion by 4:00 p.m. on Monday, October 7, 2024. Any reply is due by 4:00 p.m. on Tuesday, October 8, 2024.

### Per Curiam

      **FOR THE COURT:**
      Mark J. Langer, Clerk

      BY: /s/
      Selena R. Gancasz
      Deputy Clerk