# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-5205**                          **September Term, 2024**

1:23-cv-03257-JMC

**Filed On:** October 11, 2024

KalshiEX LLC,

        Appellee

    v.

Commodity Futures Trading Commission,

        Appellant

     **BEFORE:**    Millett, Pillard, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite the case, the opposition thereto, and the reply, it is

**ORDERED** that the following briefing schedule will apply in this case:

| | |
|---|---|
| Appellant's Brief | October 16, 2024 |
| Appendix | October 16, 2024 |
| Appellee's Brief | November 15, 2024 |
| Appellant's Reply Brief | December 6, 2024 |

The Clerk is directed to calendar this case for oral argument on the first appropriate date following the completion of briefing. The parties will be informed later of the date of oral argument and the composition of the merits panel.

Appellant should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not

widely known.  See D.C. Circuit Handbook of Practice and Internal Procedures 43 (2021); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due.  Filing by mail may delay the processing of the brief.  Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail.  See Fed. R. App. P. 25(a).  All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover.  See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Selena R. Gancasz
Deputy Clerk