# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5205**  **September Term, 2024**

1:23-cv-03257-JMC

Filed On: January 17, 2025 [2094733]

KalshiEX LLC,

    Appellee

  v.

Commodity Futures Trading Commission,

    Appellant

  **BEFORE:** Circuit Judges Pillard, Wilkins, and Rao

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, January 17, 2025 at 9:34 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

  Robert A. Schwartz (CFTC), counsel for Appellant.

  Jacob "Yaakov" M. Roth, counsel for Appellee.

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                           BY:    /s/
                                        Anne A. Rothenberger
                                        Deputy Clerk