IN THE UNITED STATES COURT OF APPEALS FOR
THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| KALSHIEX LLC,<br><br>   Appellee/Plaintiff,<br><br>  v.<br><br>COMMODITY FUTURES TRADING COMMISSION,<br><br>   Appellant/Defendant. | No. 24-5205<br><br>(Appeal from Case No. 1:23-cv-03257) |

## JOINT STIPULATION

The Appellant Commodity Futures Trading Commission ("Commission") and Appellee KalshiEx LLC ("Kalshi") stipulate, pursuant to Federal Rule of Appellate Procedure 39 and 42(b) and Circuit Rule 39 and 42(b), that this appeal be dismissed, with each party to bear its own costs, court fees and attorney fees incurred in the proceedings before this Court, the district court, and in administrative proceedings before the Commission.

The parties further stipulate that Kalshi waives any and all claims relating to or arising from litigation of this matter before this Court, the district court, or administrative proceedings before the Commission, that Kalshi may have under: (1) the Equal Access to Justice Act, 5 U.S.C. § 504 and 28 U.S.C. § 2412, and/or

the rules promulgated by the Commission in conformity therewith, Part 148 of the Regulations, 17 C.F.R. pt. 148 (2024), relating to, or arising from, this action; and (2) the Small Business Regulatory Enforcement Fairness Act of 1996, Pub. L. No. 104-121, tit. II, §§ 201–253, 110 Stat. 847, 857–74 (codified as amended at 28 U.S.C. § 2412 and in scattered sections of 5 U.S.C. and 15 U.S.C.).

Dated: May 5, 2025

Respectfully submitted,

| KALSHIEX LLC | COMMODITY FUTURES TRADING COMMISSION |
|---|---|
| By:   <u>Amanda K. Rice</u><br>*One of its Attorneys* | By:   <u>Anne W. Stukes</u><br>*One of its Attorneys* |
| Amanda K. Rice<br>JONES DAY<br>150 W. Jefferson Avenue, Suite 2100<br>Detroit, MI 48226<br>arice@jonesday.com<br><br>John Henry Thompson<br>JONES DAY<br>51 Louisiana Avenue N.W.<br>Washington, DC 20001<br>(202) 879-3939<br><br>Samuel V. Lioi<br>JONES DAY<br>901 Lakeside Avenue<br>Cleveland, Ohio 44114-1190<br><br>Joshua B. Sterling<br>MILBANK LLP<br>1850 K St. N.W.<br>Washington, DC 20006 | Anne W. Stukes<br>Raagnee Beri<br>Margaret P. Aisenbrey<br>Conor B. Daly<br>COMMODITY FUTURES TRADING COMMISSION<br>1155 21st Street, NW<br>Washington, D.C. 20581<br>astukes@cftc.gov |