# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 24-5205**                          **September Term, 2024**

1:23-cv-03257-JMC

Filed On: May 7, 2025 [2114842]

KalshiEX LLC,

    Appellee

    v.

Commodity Futures Trading Commission,

    Appellant

**BEFORE:**     Pillard, Wilkins, and Rao, Circuit Judges

## O R D E R

Upon consideration of appellant's unopposed motion for voluntary dismissal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam

                                                      FOR THE COURT:
                                                      Clifton B. Cislak, Clerk

                         BY:     /s/
                                    Scott H. Atchue
                                    Deputy Clerk