# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-5205**　　　　　　　　　　　　　　　**September Term, 2024**

**1:23-cv-03257-JMC**

**Filed On: May 7, 2025** [2114849]

KalshiEX LLC,

  Appellee

 v.

Commodity Futures Trading Commission,

  Appellant

## M A N D A T E

 In accordance with the order of May 7, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

       BY: /s/
          Scott H. Atchue
          Deputy Clerk

Link to the order filed May 7, 2025